IRONBOUND TRUST COMPANY, Respondent, *v.* SCHMIDT-DAUBER COMPANY, INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES FLANAGAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

KATHERINE PAPA, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILHELMINA MEYER, Otherwise Known as WILHELMINA MAYO, Respondent, v. VIRGINIUS ST. JULIAN MAYO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JOHN WILLIAM WEILER, Appellant, v. SAMUEL J. BLOOMINGDALE and Others, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JAMES L. BERTIE, Respondent, v. GEORGE SIMPSON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. OWEN ROONEY, Respondent.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LOUIS B. ALLEN, as Receiver, etc., Appellant, v. NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HARRY SHWITZER, Respondent, v. JULIUS PEZENIK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARY SHAPIRO, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order reversed, with costs, and the finding that the defendant was negligent reversed as being without evidence to support it, and the complaint dismissed, with costs, for failure of proof of defendant's negligence. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Shearn, J., dissented.

THE FRANKLIN SAVINGS BANK IN THE CITY OF NEW YORK, Respondent, v. LOUIS NEWMAN and Another, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MAX YUDITZ, an Infant, etc., Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MEYER YUDITZ, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.